IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. | ) |
| | ) |
| v. | ) Civil Action No. _____ |
| | ) |
| EAGLE PHARMACEUTICALS, INC. | ) |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING A NEW DRUG APPLICATION (NDA)[1]**

Plaintiff hereby provides the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice: September 17, 2013

Date of Expiration of Patent: March 26, 2029

Thirty Month Stay Deadline: March 17, 2016

| | |
|---|---|
| 10-21-2013 | /s/ *John W. Shaw* (No. 3362) |
| Date | Attorney for Plaintiff |

---

[1] This Hatch-Waxman case was triggered by plaintiff's receipt of defendant's Paragraph IV notice letter regarding its filing with the FDA of a NDA, rather than an ANDA. *See* 35 U.S.C. § 355(b)(2)(A)(iv); 35 U.S.C. § 355(c)(3)(C).